IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:07-cr-67 |
| ) | |
| JOSEPH DILLARD ) | |

## **MEMORANDUM AND ORDER**

This criminal case is before the court on the defendant's motion for a continuance of the trial [doc. 46]. Counsel for the defendant says that he was only recently appointed to represent the defendant and additional time is needed to complete his investigation of the case and preparation for trial or other disposition of the case. The co-defendant does not oppose the motion and the government takes no position.

The court finds the defendant's motion well-taken, and it will be granted. The court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The court finds that the failure to grant the defendant's motion would deny him the time necessary to complete the investigation of the charges and prepare the case for trial or other disposition. 18 U.S.C. § 3161(h)(8)(B)(iv). Therefore, all the time from the defendant's motion for a continuance to the new

trial/plea date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A).

It is hereby **ORDERED** that the defendant's motion for a continuance is **GRANTED**, and this criminal case is **CONTINUED** to July 7, 2008, at 9:00 a.m.


ENTER:


*s/ Leon Jordan*
United States District Judge