IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-CR-67 |
| | ) | (Jordan / Shirley) |
| JOSEPH DILLARD, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court upon Joseph Dillard's *pro se* Motion for Mail [Doc. 35]. The Court took up this motion at the time of Mr. Dillard's arraignment on the second superseding indictment, February 29, 2008. At that time, the Court also appointed new counsel for Mr. Dillard, Attorney Jonathan Wood. Attorney Wood stated he would consult with Mr. Dillard and look into the problems described in the *pro se* motion. If the *pro se* motion required a hearing or any further action from the Court, Attorney Wood became responsible for pursuing the matter on behalf of Mr. Dillard. As of this date, the Court has not been advised that any further action is necessary or appropriate. Accordingly, Joseph Dillard's *pro se* Motion for Mail **[Doc. 35]** is **DENIED** as moot.

    **IT IS SO ORDERED.**

                                           ENTER:

                                               s/ C. Clifford Shirley, Jr.
                                          United States Magistrate Judge