IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:07-CR-67 |
| | ) | |
| JOSEPH DILLARD | ) | |

## **MEMORANDUM AND ORDER**

This criminal case came before the court on February 12, 2009, for a hearing on the defendant's motion for a continuance of the trial [doc. 65]. After reviewing the pleadings, including the government's response [doc. 66], and hearing oral argument on the motion, the court finds the trial of this criminal case must be continued, and the defendant's motion will be granted.

For the reasons stated in open court on the record, the court finds that the ends of justice served by the continuance outweigh the best interest of the defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). Specifically, counsel for the defendant needs additional time to adequately prepare the case for trial. The charges involve several armed robberies, and the defendant is facing a lengthy sentence if found guilty of the offenses alleged in the indictment. 18 U.S.C. § 3161(h)(8)(B)(iv). Therefore, all the time from the

filing of the defendant's motion to the new trial date is excludable time within the meaning of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A).

It is hereby **ORDERED** that the defendant's motion for a continuance is **GRANTED**, and the trial of this criminal case is **CONTINUED** to June 8, 2009, at 9:00 a.m.

ENTER:

*s/ Leon Jordan*
United States District Judge